PROPOSED SUMMONS

ADDRESSES FOR DEFENDANTS

|  | Address |
|---|---|
| JOE GILLES a/k/a JOÉ DWÈT FILÉ | 53 Ave. du Bois de la Pie<br>93290<br>Tremblay-en-France<br>France |
| DF EMPIRE | 3 Rue de Parouzets<br>Stains<br>93240<br>France |
| PLAY TWO | 63b Rue de Sevres<br>92100<br>Paris<br>France |
| DAMINI OGULU a/k/a BURNA BOY | c/o Atlantic Records Group<br>1633 Broadway<br>New York, NY<br>10019 |
| ATLANTIC RECORDS GROUP | 1633 Broadway<br>New York, NY<br>10019 |
| UNIVERSAL MUSIC PUBLISHING FRANCE | 16 Rue de Fosses St. Jacques<br>75005<br>Paris<br>France |
| DANIEL FILS AIMÉ a/k/a TONTON BICHA | Miami, Florida |