# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:25-CV-2226 NCM-CLP

Date Filed: _____

**Plainitff: FABRICE ROUZIER and B.E. RELATIONS, LLC**
vs.
Defendants: **JOE GILLES a/k/a JOE SWET FILE, DF EMPIRE, PLAY TWO, DAMINI OGULU a/k/a BURNA BOY, ATLANTIC RECORDS GROUP, UNIVERSAL MUSIC PUBLISHING FRANCE, and DANIEL FILS AIME a/k/a TONTON BICHA**

For:
Brennan Law Firm, PLLC
116 West 23rd St.
5th Floor
New York, NY 10011

Received by Charles Goldberg on the 12th day of May, 2025 at 4:25 pm to be served on **Daniel Fils Aime, A/K/A Tonton Bicha, 8590 Nadmar Ave., Boca Raton, FL 33434**.

I, Charles Goldberg, do hereby affirm that on the **20th day of May, 2025** at **8:15 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT, DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Daniel Fils Aime, A/K/A Tonton Bicha** at the address of: **8590 Nadmar Ave., Boca Raton, FL 33434**, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/20/2025 3:12 pm I affirm this 20 day of May, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: BLACK, Height: 6', Weight: 175, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

_____
**Charles Goldberg**
PROCESS SERVER #1624

**Lexitas Legal**
20 N. Orange Ave
#700
Orlando, FL 32801
(561) 257-1678

Our Job Serial Number: SVX-2025001730
Ref: 24193696

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b