UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABRICE ROUZIER, an individual, and B.E. RELATIONS, LLC, a New York limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>JOE GILLES a/k/a JOÉ DWÈT FILÉ, DF EMPIRE, PLAY TWO, DAMINI OGULU a/k/a BURNA BOY, ATLANTIC RECORDS GROUP, UNIVERSAL MUSIC PUBLISHING FRANCE, and DANIEL FILS AIMÉ a/k/a TONTON BICHA,<br><br>　　　　　　　　Defendants. | Case No. 1:25-cv-2226 NCM-CLP<br><br>**CERTIFICATE OF DEFAULT** |

　　I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant DANIEL FILS AIMÉ a/k/a TONTON BICHA has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Defendant DANIEL FILS AIMÉ a/k/a TONTON BICHA is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York

　　　　　July 24    , 2025

　　　　　　　　　　　　　　　　　　　　　　　BRENNA B. MAHONEY, Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: _Jalitza Poveda_____
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk