IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABRICE ROUZIER, an individual, and B.E. RELATIONS, LLC, a New York limited liability company,<br><br>                     Plaintiffs,<br><br>  -against-<br><br>JOE GILLES a/k/a JOÉ DWÈT FILÉ, DF EMPIRE, PLAY TWO, DAMINI OGULU a/k/a BURNA BOY, ATLANTIC RECORDS GROUP, UNIVERSAL MUSIC PUBLISHING FRANCE, and DANIEL FILS AIMÉ a/k/a TONTON BICHA,<br><br>                     Defendants. | Case No.: 1:25-cv-02226-NCM |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD REFERENCE TO COPYRIGHT REGISTRATION ISSUED AFTER FILING OF CASE**

i

# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | INTRODUCTION. | 1 |
| II. | PROCEDURAL BACKGROUND. | 1 |
| III. | LEGAL STANDARD. | 1 |
| IV. | PLAINTIFFS SHOULD BE AFFORDED THE OPPORTUNITY TO AMEND THEIR COMPLAINT TO ADD A REFERENCE TO THE COPYRIGHT REGISTRATION ISSUED AFTER THE FILING OF THE COMPLAINT. | 2 |

# TABLE OF AUTHORITIES

**Cases**

*Foman v. Davis*,
    371 U.S. 178 (1962) ............................................................................................. 1

*McCarthy v. Dun & Bradstreet Corp.*, 482 F. 3d 184, 200 (2d Cir.
    2007) ................................................................................................................. 1

**Rules**

F.R.C.P. 15(a)(2)

I.   **INTRODUCTION.**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs move for leave to amend Count II which is the claim relating to copyright infringement of the Je Vais Music Video. A copyright registration for such audio-visual work filed with the U.S. Copyright Office on April 21, 2025 was recently issued, namely Reg. No. PA 2-541-767. This is Plaintiffs' first request to amend their pleadings. Otherwise, no new counts or allegations have been added against any party.

II.  **PROCEDURAL BACKGROUND.**

On April 22, 2025, Plaintiffs filed their original Complaint.

The day before the Complaint was filed, Plaintiff Fabrice Rouzier filed a copyright application for the Je Vais Music Video. Recently, the U.S. Copyright Office issued a registration for such audio-visual work -- Reg. No. PA 2-541-767. This motion is being filed within one week of having received such registration in the U.S. mail from the U.S. Copyright Office.III. LEGAL

III. **LEGAL STANDARD**.

"Federal Rule of Civil Procedure 15 embodies a liberal approach to pleading. Subsection (a) allows a party to amend a complaint upon leave of court and states that leave 'shall be freely given when justice so requires.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962) ("If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits."). "Leave to amend must generally be granted unless equitable considerations render it otherwise unjust. Among the factors that may justify denial of leave to amend are undue delay, bad faith, and futility." *Foman*, 371 U.S at 182; *see also McCarthy v. Dun & Bradstreet Corp.*, 482 F. 3d 184, 200 (2d Cir. 2007) (citing *Forman*, 371 U.S. at 182).

## IV. PLAINTIFFS SHOULD BE AFFORDED THE OPPORTUNITY TO AMEND THEIR COMPLAINT TO ADD A REFERENCE TO THE COPYRIGHT REGISTRATION ISSUED AFTER THE FILING OF THE COMPLAINT

Plaintiffs' original Complaint filed on April 22, 2025 contained, among other claims, a count for infringement of the Je Vais Music Video. Photographs from the Je Vais Music Video were included in the original complaint. A copyright application was filed with the U.S. Copyright Office shortly before the filing of the original Complaint. Recently, the U.S. Copyright Office issued a registration for such audio-visual work -- Reg. No. PA 2-541-767. This motion is being filed within one week of having received such registration in the U.S. mail from the U.S. Copyright Office.

There is no prejudice to any party with respect to this prompt request for leave to file the First Amended Complaint to include the recently issued copyright registration for the Je Vais Music Video. No other amendments are being made to the Plaintiffs' pleading at this time. A copy of the First Amended Complaint is being filed as Exhibit A. A redlined copy of the First Amended Complaint against the original Complaint is being filed as Exhibit B. Accordingly, Plaintiffs request that the Court grant this motion.

Dated: August 12, 2025
   New York, New York       Respectfully submitted,

**BRENNAN LAW FIRM PLLC**

By: _____
  Kerry A. Brennan
116 West 23rd Street
New York, New York 10011
212.729.1980
kerry.brennan@brennanlawpllc.com

Counsel for Plaintiffs