

**Andrew M. Goldsmith**
Partner

Direct Tel: 212-326-0419
Direct Fax: 212-326-0806
agoldsmith@pryorcashman.com

August 15, 2025

**VIA ECF**

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 2F North
Brooklyn, NY 11201

      Re:    **Rouzier et al. v. Gilles, et al., Case No. 1:25-cv-2226 (NCM-CLP)**

Dear Judge Pollak:

    On behalf of defendant Atlantic Recording Corporation (incorrectly sued as Atlantic Records Group) ("Atlantic"), and in response to the Court's Electronic Order dated August 15, 2025, Atlantic writes to notify the Court that, as the redline of the First Amended Complaint (ECF 36-2) indicates that the First Amended Complaint does not alter any of the allegations directed at Atlantic, Atlantic does not oppose its filing.

                                      Respectfully submitted,

                                      Andrew M. Goldsmith