# BRENNAN LAW FIRM PLLC
## 116 WEST 23RD STREET, 5TH FL
## NEW YORK, NY 10011

Kerry A. Brennan
kerry.brennan@brennanlawpllc.com
212.729.1980

August 21, 2025

**BY ECF**
Hon. Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Rouzier v. Gilles, et al.***, No. 1:25-cv-02226-NCN-CLP
<u>Atlantic Record Corporation's Request for a Further Extension</u>

Dear Judge Pollack:

    Plaintiffs agree to an extension for Defendant Atlantic Records to file a responsive pleading until and including <u>September 8, 2025</u>. Atlantic Records has already consented to the filing of the First Amended Complaint which merely adds a recently issued copyright registration for the Je Vais Music Video which Atlantic Record has conceded is not pertinent to the music copyright infringement count against it. Pursuant to F.R.C.P. 15(a)(3), the time to respond to an amended pleaded is 14 days of after service of the amended pleading. The First Amended Complaint has been filed, and this Court has set August 22, 2025 as the deadline for all objections. We are unaware of any need to extend the deadline until September 30. Accordingly, responses would be due under F.R.C.P. on September 5, and we are agreeable to extend the deadline until <u>September 8, 2025</u>.

    As an aside, I do not believe it is appropriate for counsel for Atlantic Records to discuss the status of our settlement negotiations which are confidential, and I am not going to address such subject.

    Thank you for your consideration.

                                                                                  Respectfully Submitted,

                                                                                  BRENNAN LAW FIRM PLLC

                                                            By: _____
                                                                          Kerry A. Brennan, Esq.
                                                                          116 West 23rd Street, 5th Floor

New York, NY 10011
212-729-1980
Email: kerry.brennan@brennanlawpllc.com
*Counsel for Plaintiffs*