UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABRICE ROUZIER, an individual, and B.E. RELATIONS, LLC, a New York limited liability company,<br><br>     *Plaintiffs*,<br><br> - against -<br><br>JOE GILLES a/k/a JOÉ DWÈT FILÉ, DF EMPIRE, PLAY TWO, DAMINI OGULU a/k/a BURNA BOY, ATLANTIC RECORDS GROUP, UNIVERSAL MUSIC PUBLISHING FRANCE, and DANIEL FILS AIMÉ a/k/a TONTON BICHA,<br><br>     *Defendants*. | 1:25-cv-2226-NCM-CHK<br><br>**STIPULATION** |

  **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for Plaintiffs and Defendant Daniel Fils Aimé a/k/a Tonton Bicha ("Aimé") as follows:

  1. The certificate of default entered on July 24, 2025 against Defendant Aimé be vacated.

  2. Defendant Aimé's time to respond to the Amended Complaint is extended to and including October 14, 2025.

| | |
|---|---|
| **SIMON•LESSER PC** | **BRENNAN LAW FIRM PLLC** |
| By: *Leonard F. Lesser*<br>Leonard F. Lesser, Esq.<br>100 Park Avenue, 16th Floor<br>New York, NY 10017<br>llesser@simonlesser.com<br>t: 212.599.5455<br>f: 212.599.5459<br>*Attorneys for Defendant*<br>*Daniel Fils Aimé a/k/a Tonton Bicha*<br><br>Dated: September 23, 2025 | By: *Kerry A. Brennan*<br>Kerry Ann Brennan, Esq.<br>116 West 23rd St., 5th Floor<br>New York, NY 10011<br>kerry.brennan@brennanlawplllc.com<br>t: 212.729.1980<br>f: 646.786.4149<br>*Attorneys for Plaintiffs*<br>*Fabrice Rouzier and*<br>*B.E. Relations, LLC*<br><br>Dated: September 23, 2025 |

1